IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A ALLEN, JR,

    Claimant,

v.                                      CASE NO. 1:06-cv-00080-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, recommending that the Defendant's motion to remand be granted. The time for filing objections has passed and none have been filed. Defendant moves to remand this action in order to obtain certified copies of the hearing transcript, and Plaintiff has no objection to the motion to remand. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Remand pursuant to sentence six of 42 U.S.C. §405(g) Doc. 6 is GRANTED.

3. This cause is REMANDED to the Commissioner for further proceedings by the Appeals Council.

4. Judgment should not be entered at this time. Defendant shall file a status report with the Court on or before Friday, January 19, 2007, and every three months thereafter.

**DONE AND ORDERED** this  _24th_  day of October, 2006

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge