IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A ALLEN, JR,

    Plaintiff,

v.                                    CASE NO. 1:06-cv-00080-MP-MD

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 32, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be upheld. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that substantial evidence existed in the record to support the ALJ's decision to not follow the opinions of Drs. Nazario and Springer regarding whether Mr. Allen was completely disabled because of his mental state. Both opinions are at odds with the doctors' own treatment records of the claimant which show long periods of claimant doing well, particularly when he takes his medication. Because substantial evidence exists to support the decision below, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation is adopted and incorporated herein. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *4th*  day of January, 2008

                *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge